Opinion issued March 11, 2010

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-10-00086-CV






IN RE MITSUBISHI HEAVY INDUSTRIES LTD., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, Mitsubishi Heavy Industries Ltd.,
challenges the trial court's order denying its motion to dismiss for forum non
conveniens and/or in the alternative motion to apply foreign law. 

We deny the petition for writ of mandamus. 

 

Per Curiam 


Panel consists of Justices Jennings, Hanks, and Bland. 


1. The underlying case is Li Bin Chen v. Mitsubishi Heavy Industries America, Inc., No.
59,478 in the County Court at Law No. 2 of Galveston County, Texas, the Hon. C.G.
Dibrell III, presiding.